Case 4:11-mj-70978-MAG   Document 5   Filed 08/31/11   Page 1 of 1

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

AUG 31 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4-11-70978 MAG |
| JOSE ANTONIO BRUNO, JR. | ) | |
| | ) | Charging District: District of Oregon |
| *Defendant* | ) | Charging District's Case No. 10-CR-300 32PA |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>District of Oregon<br>310 West 6th Street<br>Medford, OR 97501 | Courtroom No.: |
|---|---|---|
| | | Date and Time: September 12, 2011 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: August 31, 2011

_____
*Judge's signature*

LAUREL BEELER, U.S. DISTRICT COURT
*Printed name and title*